AO 455 (Rev. 01/09) Waiver of Indictment

# United States District Court
## for the
## Western District of New York

| | |
|---|---|
| United States of America<br><br>v.<br><br>**WEI QIANG LIN**<br>Aka "yunF Chen"<br><br>*Defendant* | Case No. 25-CR-100<br> |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: August 11, 2025

*Defendant's signature*

*Signature of defendant's attorney*

ALEKSANDER B. MILCH, ESQ.
*Printed name of defendant's attorney*

*Judge's signature*

HONORABLE LAWRENCE J. VILARDO
United States District Judge
*Judge's printed name and title*