IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WEI QIANG LIN,
aka "yunF Chen,"

Defendant.

25-CR-100

INFORMATION

## INTRODUCTORY ALLEGATIONS

**The United States Attorney Charges That:**

At all times relevant to this Information:

1. The defendant, WEI QIANG LIN, aka "yunF Chen," was a citizen of China and a resident of Brooklyn, New York.

2. The Lacey Act regulated the trafficking and labeling of wildlife, fish, and plants. The Lacey Act made it unlawful to knowingly "make or submit any false record, account, or label for, or any false identification of, any fish, wildlife, or plant which has been, or is intended to be… imported, exported, transported, sold, purchased, or received from any foreign country." 16 U.S.C. §§ 3372(d)(1), 3373(d)(3)(A)(i).

3. The eastern box turtle (*Terrapene carolina carolina*) was a subspecies of the common box turtle (*Terrapene carolina*). The eastern box turtle was native to forested regions of the eastern United States with some isolated populations in the Midwest. The turtles typically reached a length up to six inches and can live more than 100 years. The turtles had

a domed carapace, which can display radiated lines or spots. Turtles with colorful markings were particularly prized in the domestic and foreign pet trade market, particularly in China and Hong Kong.

4. The three-toed box turtle (*Terrapene triunguis*) was a subspecies of box turtle native to woodlands and grasslands in the central and southern United States. The turtles typically had three toes on their hind legs. They were typically five to seven inches in length with an olive or brown shell, occasionally with yellow or orange stripes. They typically lived 50 to 80 years and could survive more than a century in captivity. They were valued in domestic and foreign pet trade.

## COUNT 1
### (Lacey Act False Labeling)

**The United States Attorney Further Charges That:**

5. The Introductory Allegations of this Information are incorporated by reference and re-alleged as if fully set forth herein.

6. From on or about October 10, 2023, to on or about July 2, 2024, in the Western District of New York, and elsewhere, the defendant, WEI QIANG LIN, aka "yunF Chen," did knowingly make and submit, and cause to be made and submitted, a false record, account, label for, and a false identification of wildlife, namely, 20 eastern box turtles and 10 three-toed box turtles, that were exported and transported and intended to be exported and transported.

All in violation of Title 16, United States Code, Sections 3372(d)(1) and 3373(d)(3)(A)(i), and Title 18, United States Code, Section 2.

Dated: Buffalo, New York, August 11, 2025.

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

ADAM GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Div.

BY: *(signature)*
AARON J. MANGO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5882
aaron.mango@usdoj.gov

BY: *(signature)*
RACHEL ROBERTS
Trial Attorney
Environmental Crimes Section
U.S. Department of Justice
150 M St. NE
Washington, D.C. 20002
(202) 305-0360
rachel.roberts2@usdoj.gov